# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTONIA UDASCO-KIST** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 19-3176** |
| **v.** | : | |
| | : | |
| **THOMAS JEFFERSON** | : | |
| **UNIVERSITY HOSPITALS, INC.** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 25th day of January 2021, upon consideration of Defendant Thomas Jefferson University Hospitals, Inc.'s *motion for summary judgment*, [ECF 16], Plaintiff Antonia Udasco-Kist's response in opposition, [ECF 20], and Defendant's reply [ECF 21], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that Defendant's motion for summary judgment is **GRANTED**.  Accordingly, **JUDGMENT** is entered in favor of Defendant Thomas Jefferson University Hospitals, Inc. and against Plaintiff Antonia Udasco-Kist on all counts.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*